IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CHERIE CHALYCE GLEAVE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES, et al. ,<br><br>Defendants. | ) | CV 23-00482 LEK-KJM |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on April 26, 2024 and served on all parties on April 29, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss Plaintiff Cherie Chalyce Gleave's Complaint for Failure to Prosecute", ECF No. 22, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 14, 2024.




/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**CHERIE CHALYCE GLEAVE VS. UNITED STATES, ET AL; CV 23-00482 LEK-KJM; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**